**Fill in this information to identify the case:**

Debtor 1   *Carletta Charice Parker*
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _____
                                                                  (State)

Case number   *14-81851*
(if known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders
that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in
administering the bankruptcy case show that the waiver was unwarranted.

[X] **Denied.** The debtor must pay the $335 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ *83.75* | *7-10-14*<br>Month / day / year |
| $ *83.75* | *8-9-14*<br>Month / day / year |
| $ *83.75* | *9-8-14*<br>Month / day / year |
| + $ *83.75* | *10-8-14*<br>Month / day / year |
| Total  *335.00* | |

If the debtor would like to propose a different payment timetable, the debtor must file a
motion promptly with a payment proposal. The debtor may use *Application for Individuals to
Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will
consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any
more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the
bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the
debtor does not make any payment when it is due, the bankruptcy case may be dismissed and
the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____
   Month / day / year                                   Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

**JUN 2 3 2014**            By the court:   *Thomas M. Lynch*
Month / day / year                          United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

RE:  **Carletta Charice Parker,**
     Case No. 14-81851


        I certify that on June 23, 2014 I caused a copy of the attached
**Order on Application to Have the Chapter 7 Filing Fee Waived** to be
served on the following parties via the Court's electronic
notification system or via First Class Mail(**):


**Carletta Charice Parker****
436 Monroe St
Rockford, IL 61101

**Joseph D Olsen**
Yalden Olsen & Willette
1318 E State Street
Rockford, IL 61104

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715



_Mimi Kuczynski_
Mimi Kuczynski, Courtroom Deputy